IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIEL LEMUS-CALDERON,

    Petitioner,

v.

    Case No. 25-cv-7006

U.S. ATTORNEY GENERAL PAMELA JO
BONDI, *et al.*,

    Respondents.

## ORDER

AND NOW, this **18** day of **Feb.** 2026, upon consideration of Respondents'

Motion to Transfer Proceeding under 28 U.S.C. § 1631 Based on Lack of Subject-Matter

Jurisdiction (ECF No. 6) and for good cause shown, it is hereby **ORDERED** that Respondents'

motion is **GRANTED**. This proceeding is thus **TRANSFERRED** to the United States District

Court for the Western District of Pennsylvania under 28 U.S.C. § 1631.

    BY THE COURT:

    GAIL A. WEILHEIMER, J.